IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ARTHUR L. HUDSON et al.** | : | CIVIL ACTION[1] |
| | : | |
| v. | : | No. 10-6401 |
| | : | No. 10-5481 |
| **SUN NATIONAL BANK et al.** | : | No. 11-0432 |

O R D E R  *o f*  J U D G M E N T

**AND NOW**, this 25th day of July, 2014, upon consideration of Sun National Bank's ("Sun") Motion for Summary Judgment (Docket No. 121), Mr. Hudson's, Mrs. Hudson's, and Mrs. Zysk's ("the Individual Defendants") various Responses in Opposition (Docket Nos. 122, 123, & 124), Sun's Reply (Docket No. 127), oral argument held on July 8, 2014, and the subsequent correspondence from the parties (Docket Nos. 129, 131, 132, & 133), **the Court hereby ORDERS that—**

1. **Sun's Motion is GRANTED.**

2. **JUDGMENT IS ENTERED in favor of Sun National Bank and**

    a. **against Arthur Hudson**, in the amount of $2,151,223.28;

    b. **against Theresa Hudson**, in the amount of $2,151,223.28 or the value of her spousal interest in the collateral pledged, i.e., the marital home, **whichever is less**;

    c. **against Lorraine Zysk**, in the amount of $2,151,223.28 or the value of her spousal interest in the collateral pledged, i.e., the marital home, **whichever is less**.

---

[1] The actions under these three docket numbers were consolidated. This Order of Judgment should be filed on all three dockets to provide absolutely clear notice of the final outcome of this litigation.

3. The Individual Defendants shall share liability **jointly and severally with one another and Rapid Circuits, Inc.**, against which judgment has already been entered, *see* May 2, 2014 Order (Docket No. 89), **as limited above in paragraph 2**.

        BY THE COURT:

        <u>S/Gene E.K. Pratter</u>
        GENE E.K. PRATTER
        United States District Judge